1 **THE FLEISHMAN FIRM** JS-6
CHARLES J. FLEISHMAN Bar# 46405
2 PAUL A. FLEISHMAN Bar# 251657
A Professional Corporation
3 19839 Nordhoff Street
Northridge, CA 91324
4 erisa@erisarights.com
Telephone: (818) 350-6285
5 Fax: (818) 359-6272
Attorney for Plaintiff
6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

11 ALICIA ROBERTS ) NO. CV 08-4828 VBF(JCx)
)
12     Plaintiff/Counterdefendant ) JUDGMENT
)
13     vs. )
)
14 DELTA FAMILY-CARE DISABILITY AND ) Judge Valerie Baker Fairbank
SURVIVORSHIP PLAN, an ERISA plan )
15 )
    Defendants/Counterclaimant. )
16 _____)

17     The Defendant, Delta Family-Care Disability and Survivorship Plan, having
18 brought a Motion for Summary Judgment and the Court having considered written and
19 oral argument from all parties, there being no material issues of fact remaining, the
20 Court orders judgment entered in favor of the defendant on the plaintiff's complaint.

21     After a court trial of the counterclaim, the Court, having considered the
22 stipulations of the parties, the evidence presented, and the written and oral arguments
23 of the parties orders judgment on the counterclaim entered in favor of the
24 Counterdefendant, Alicia Roberts.

25

26 Dated: November 9, 2009     *Valerie Baker Fairbank*

27     Hon. Valerie Baker Fairbank
    Judge of the District Court
28